IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SHARON MORRISON                                                                                    PLAINTIFF

V.                                  CASE NO. 5:21-CV-5048

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION                                                                                     DEFENDANT

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 19) filed in this case on April 26, 2022, by the Honorable Christy Comstock, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the decision of the ALJ is **REVERSED** and this case is **REMANDED** to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED** on this 11th day of May, 2022.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE